

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| In Re: AutoZoners, LLC and AutoZone, | § | No. 08-16-00082-CV |
|  | § |  |
| Relators. | § | AN ORIGINAL PROCEEDING |
|  | § |  |
|  | § | IN MANDAMUS |
|  | § |  |
|  | § |  |
|  | § |  |

# **O R D E R**

The Court has this day considered the Relators' Emergency Motion to Stay, and concludes the motion should be GRANTED. The discovery order granting Plaintiff's Second Motion to Compel, which was entered by the 205th District Court of El Paso County, Texas, on April 25, 2016 in cause number 2014DCV1539, styled *Mary Lou Seelig v. Autozoners, LLC and Autozone*, is stayed pending disposition of this mandamus proceeding or further order of this Court.

IT IS SO ORDERED this 29th day of April, 2016.


PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.